# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WW2I | 9695801 | T. Boaz | 54 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged (☐ CFR ☒ USC ☐ State Code) |
|---|---|
| 11/26/2024 0906 | 8 USC 1325(a) |

Place of Offense: Bambery Rd + Assink Rd, Lynden, WA

Offense Description: Factual Basis for Charge   HAZMAT ☐

Improper Entry by alien - 1st Offense

### DEFENDANT INFORMATION

Last Name: VAGHELA
First Name: Prakashsinh

Street Address: [REDACTED]

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☐ If Box A is checked, you must appear in court. See instructions.

B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 50 Forfeiture Amount
+ $30 Processing Fee
$ 80 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____   Date: _____   Time: _____

X Defendant Signature: Vaghela Prakashsinh

Original - CVB Copy

*9695801*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **November 26**, 20**24** while exercising my duties as a law enforcement officer in the **Western** District of **Washington**

See Attached G-166c for probable cause statement.

The foregoing statement is based upon:
✓ my personal observation
✓ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/26/2024
Date (mm/dd/yyyy)   Officer's Signature: [signature] 54

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident